IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEAN SONNENBERG,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-424-jtm

    This action came for consideration before the court with District Judge James T. Moody presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing with prejudice petitioner Jean Sonnenberg's motion to vacate her sentence under 28 U.S.C. § 2255.

_____      12/4/12
Peter Oppeneer, Clerk of Court          Date